UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-08548-JC | Date | January 15, 2026 |
|---|---|---|---|
| Title | Robert Cauley v. Maria Ofelia Romero, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | none | none |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**          (In Chambers)

**ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The action herein was filed on September 29, 2025.  On October 23, 2025, Plaintiff filed a proof of service regarding service of the Complaint and Summons on Defendant Maria Ofelia Romero on October 20, 2025.  As the deadline for Defendant Romero to file a response to the Complaint expired without any action by such Defendant, Plaintiff thereafter requested that the Clerk enter a default against such Defendant and the Clerk did so on November 19, 2025.  On December 11, 2025, Plaintiff filed a proof of service regarding service of the Complaint and Summons on Defendant Jonathan Arland on November 25, 2025.  Defendant Arland's deadline to file a responsive pleading (December 16, 2025) has expired without any appearance by such Defendant.  To date, Plaintiff has not filed a request for the entry of default as to Defendant Arland.  Nor has Plaintiff moved for a default judgment as to Defendant Romero.

The Court, on its own motion, hereby ORDERS Plaintiff to show cause in writing no later than **January 23, 2026**, why this action should not be dismissed for lack of prosecution.  **Plaintiff's failure timely to file a response to this Order to Show Cause and/or to show good cause may result in the dismissal of this case based on Plaintiff's lack of prosecution and/or failure to comply with this Order to Show Cause.**

IT IS SO ORDERED.